IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN L. GOODMAN,

    Petitioner,

v.                                                5:14cv155–WS/CJK

R. SUBASAVAGE,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 35) docketed November 1, 2016. The magistrate judge recommends that the petitioner's second amended § 2254 petition (doc. 22) be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the magistrate judge's report and recommendation, this court has determined that the magistrate judge correctly determined that the petitioner is not entitled to federal habeas relief. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 35) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's second amended petition for writ of habeas corpus  (doc. 22) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's § 2254 petition for writ of habeas corpus is DENIED and this action is DISMISSED.

5. A certificate of appealability is DENIED.

DONE AND ORDERED this     7th     day of     December    , 2016.


                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE